| | |
|---|---|
| 1 | TROUTMAN SANDERS LLP |
| 2 | Peter N. Villar, Bar No. 204038<br>peter.villar@troutmansanders.com |
| 3 | Edward S. Kim, Bar No. 192856<br>edward.kim@troutmansanders.com |
| 4 | 5 Park Plaza<br>Suite 1400 |
| 5 | Irvine, CA 92614-2545<br>Telephone: 949.622.2700 |
| 6 | Facsimile: 949.622.2739 |
| 7 | Attorneys for Defendants<br>SHORESIDE CAPITAL, LLC, SHORESIDE SPV |
| 8 | FUNDING II, LLC, FPH CAPITAL PARTNERS,<br>NAVIN NARANG and BRAD BARLOW |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHORESIDE SPV FUNDING I, LLC; SHORESIDE LOANS, LLC; DYLAN C. COHEN; RICHARD COHEN; NANCY COHEN; KATHY COHEN; SHORESIDE SPV FUNDING II, LLC; SHORESIDE CAPITAL, LLC; FPH CAPITAL PARTNERS, NAVIN NARANG, BRAD BARLOW, JOHN or JANE DOES, 1 through 10, and ABC CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-06954-SJO-JC<br><br>Honorable James Otero<br>Courtroom: 1, 2nd Floor<br><br>**DECLARATION OF EDWARD KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Dept.: Ctrm. 1, 2nd Floor<br><br>Verified Complaint Filed: September 15, 2016 |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

29446815

DECLARATION OF EDWARD KIM IN
OPPOSITION OF PLAINTIFFS EX PARTE
APPLICATION FOR TRO

I, Edward Kim, declare as follows:

1. I am a partner with Troutman Sanders LLP and counsel of record for defendants, Shoreside Capital, LLC, Shoreside SPV Funding II, LLC, FPH Partners, Navin Narang and Brad Barlow. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto. I submit this declaration in support of Defendants' Opposition To Plaintiff's Ex Parte Application For Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Jeffrey M. Golden to Guy Nicholson dated October 12, 2016. I was copied on the letter and received the letter on that same date.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter that I sent to Jeffrey M. Golden dated October 14, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2016, at Irvine, California.

/s/ Edward S. Kim
Edward S. Kim