TROUTMAN SANDERS LLP
Edward S. Kim, Bar No. 192856
edward.kim@troutmansanders.com
Peter N. Villar, Bar No. 204038
peter.villar@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700

Attorneys for Defendants
SHORESIDE CAPITAL, LLC, FPH CAPITAL PARTNERS, SHORESIDE SPV FUNDING II, NAVIN NARANG and BRAD BARLOW

TISDALE & NICHOLSON, LLP
Guy C. Nicholson, Bar No. 106133
gnicholson@t-nlaw.com
2029 Century Park East, Suite 900
Los Angeles, California 90067
Telephone: 310.286.1260

Attorneys for Defendants
SHORESIDE LOANS, LLC, SHORESIDE SPV FUNDING I, LLC, RICHARD COHEN, DYLAN COHEN, NANCY COHEN AND KATHY COHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHORESIDE SPV FUNDING I, LLC; SHORESIDE LOANS, LLC; DYLAN C. COHEN; RICHARD COHEN; NANCY COHEN; KATHY COHEN; SHORESIDE SPV FUNDING II, LLC; SHORESIDE CAPITAL, LLC; FPH CAPITAL PARTNERS, NAVIN NARANG, BRAD BARLOW, JOHN or JANE DOES, 1 through 10, and ABC CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-06954-SJO-JC<br><br>Honorable James Otero<br>Courtroom: 1, 2nd Floor<br><br>**DECLARATION OF GUY C. NICHOLSON IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

## DECLARATION OF GUY C. NICHOLSON

I, Guy C. Nicholson, declare:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner with the law firm of Tisdale & Nicholson, LLP, attorneys of record for Defendants Shoreside Loans, LLC, Shoreside SPV Funding I, LLC, Richard Cohen, Dylan Cohen, Nancy Cohen and Nancy Cohen in this action.

2. On November 21, 2016, I received a UPS package from Mr. Jack Cook which included originals of mail addressed to Shoreside Loans and to Shoreside Capital, LLC. Although the UPS package was not accompanied by a cover or transmittal letter, the UPS label indicates that it was sent to me by Mr. Cook, Plaintiff's Chief Operating Officer. A copy of the UPS label is attached hereto as Exhibit "D." Each of the Exhibits "A," "B," and "C" referenced in the foregoing Declaration of Dylan Cohen were included within the package of materials that I received this morning from Mr. Cook.

3. On November 21, 2016, I notified Plaintiff's counsel via email that my clients, Shoreside SPV Funding I, LLC and Shoreside Loans, LLC would be joining the ex-parte application of Shoreside Capital for a temporary restraining order and seeking an order to show cause re: preliminary injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and that this Declaration was executed on November 21, 2016 at Los Angeles, California.

_____
Guy C. Nicholson

EXHIBIT D

