**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Fund Recovery Services, LLC | COURT CASE NUMBER: 2:16-cv-06954-SJO-JCx |
| DEFENDANT: Shoreside SPV Funding I, LLC; Shoreside Loans, LLC | TYPE OF PROCESS: Writ of Attachment |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: **MERCHANTS BANK OF CALIFORNIA, N.A.**

AT ADDRESS: One Civic Plaza Drive, Carson, CA 90745

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luke N. Eaton, Esq.
Pepper Hamilton LLP
350 S Grand Ave., Suite 3400
Los Angeles, CA 90071

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED CLERK, U.S. DISTRICT COURT
JAN - 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Levy on all accounts of Shoreside SPV Funding I, LLC held with Merchants Bank of California, N.A. (Monday-Friday 10:00am - 4:00pm)
One Civic Plaza Drive, Carson, CA 90745
(310) 549-4350

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 213.928.9838
DATE: 12/1/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM-285 if more than one USM-285 is submitted)
Total Process: 
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk: Janelle Chavez
Date: 12/5/16

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: Time: am/pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | | | 65 | | | |

REMARKS:

Servrd on: 12-7-2016
Mailed on: 12-12-2016

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

Jeffrey M. Goldman, Esq. (SBN 233840) Luke N. Eaton, Esq. (SBN 280387)
Pepper Hamilton, LLP (Phone No. 213-928-9838)
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. 2:16-cv-06954-SJO-JC x |
|---|---|
| **Fund Recovery Services LLC vs.**<br>**Shoreside SPV Funding I, LLC and Shoreside Loans, LLC** | PROOF OF SERVICE<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>JAN - 4 2017<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

**I served the:**
- ☐ Writ of Execution
- ☒ Writ of Attachment
- ☐ Employee Instructions
- ☐ Notice of Levy
- ☒ Notice of Attachment
- ☐ Employer's Return
- ☐ Memorandum of Garnishee
- ☐ Earnings Withholding Order
- ☐ Employer's Instruction
- ☐ Exemptions from Enforcement of Judgments
- ☐ Bond or Undertaking
- ☐ Certified copy of Fictitious Business Name Statement
- ☒ **Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment (Attachment)**

on the party served as the
- ☒ Garnishee
- ☐ Judgment Debtor
- ☐ Defendant
- ☐ Third Party
- ☐

1. Name: **Merchants Bank of California, N.A.**
2. Person served and title: **Maria R. Vargas, person authorized to accept service of process**
3. Person with whom left:
4. Date and time of **delivery**: **December 7, 2016 @ 1:27pm**
5. Mailing date and place:
6. Address: **One Civic Plaza Drive, Suite 100, Carson, CA 90745**
7. Manner of service:
   - ☒ Personal service ( CCP 415.10)
   - ☐ Substituted service ( CCP 415.20)
   - ☐ Mailing (CCP      )
   - ☐ Posting (CCP      )
   - ☐ Other:

8. Other activity (when required):
   - ☐ Recorded with County Recorder of         County
   - ☐ Filed with Secretary of State
   - ☐ Filed with Department of Motor Vehicles
   - ☐ Filed with Department of Housing and Community Development
   - ☐ Prescribed fee paid

9. At the time of service, I was at least eighteen years of age and not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: **December 12, 2016**.
Fee for service: $         ☐ Recoverable per CCP 1032.8

Registered Process Server: Gabriela Melendez
County of Los Angeles # 5644

Document served by Member Firm
CALIFORNIA ASSOCIATION OF
PHOTOCOPIERS & PROCESS SERVERS
Assurance to the Judiciary of honesty
and integrity of performance

ALL-N-ONE LEGAL SUPPORT, INC.
1545 WILSHIRE Blvd., # 715
LOS ANGELES, CA. 90017
213-202-3990

PROOF OF SERVICE

Jeffrey M. Goldman, Esq. (SBN 233840) Luke N. Eaton, Esq. (SBN 280387)
Pepper Hamilton, LLP (Phone No. 213-928-9838)
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. 2:16-cv-06954-SJO-JCX |
|---|---|
| **Fund Recovery Services LLC vs.**<br>**Shoreside SPV Funding I, LLC and Shoreside Loans, LLC** | PROOF OF SERVICE |

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I **mailed** the:
- ☐ Writ of Execution
- ☒ Writ of Attachment
- ☐ Employee Instructions
- ☐ Notice of Levy
- ☒ Notice of Attachment
- ☐ Employer's Return
- ☐ Memorandum of Garnishee
- ☐ Earnings Withholding Order
- ☐ Employer's Instruction
- ☐ Exemptions from Enforcement of Judgments
- ☐ Bond or Undertaking
- ☐ Certified copy of Fictitious Business Name Statement
- ☒ Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment (Attachment); Financial Statement; Claim of Exemption; Current Dollar Amounts of Exemptions from Enforcement of Judgments

on the party served as the
- ☐ Garnishee
- ☐ Judgment Debtor
- ☒ Defendant
- ☐ Third Party

1. Name: **Shoreside SPV Funding I, LLC**
2. Person served and title:
3. Person with whom left:
4. Date and time of **delivery**:
5. Mailing date and place: **December 12, 2016 from Los Angeles, CA 90017**
6. Address: **3807 Grand View Blvd., Los Angeles, CA 90066**
7. Manner of service:
   - ☐ Personal service (CCP 415.10)
   - ☐ Substituted service (CCP 415.20)
   - ☒ Mailing (CCP **684.120**)
   - ☐ Posting (CCP       )
   - ☐ Other:

8. Other activity (when required):
   - ☐ Recorded with County Recorder of          County
   - ☐ Filed with Secretary of State
   - ☐ Filed with Department of Motor Vehicles
   - ☐ Filed with Department of Housing and Community Development
   - ☐ Prescribed fee paid

9. At the time of service, I was at least eighteen years of age and not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: **December 12, 2016**.
Fee for service: $          ☐ Recoverable per CCP 1032.8

Document served by Member Firm
CALIFORNIA ASSOCIATION OF
PHOTOCOPIERS & PROCESS SERVERS
Assurance to the Judiciary of honesty

**Registered Process Server: Gabriela Melendez**
**County of Los Angeles # 5644**
**ALL-N-ONE LEGAL SUPPORT, INC.**
**1545 WILSHIRE Blvd., # 715**
**LOS ANGELES, CA. 90017**

PROOF OF SERVICE