Jeffrey M. Goldman (State Bar No. 233840)
   E-mail: goldmanj@pepperlaw.com
Luke N. Eaton (State Bar No. 280387)
   E-mail: eatonl@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 949.863.0151

Angelo A. Stio III (admitted *pro hac vice*)
   E-mail: stioa@pepperlaw.com
**PEPPER HAMILTON LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: 609.951.4125
Fax: 609.452.1147
*Attorneys for Plaintiff*
*Fund Recovery Services LLC*

```
FILED
CLERK, U.S. DISTRICT COURT

September 20, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES LLC,<br>Plaintiff,<br><br>v.<br>SHORESIDE SPV FUNDING I, LLC; SHORESIDE LOANS, LLC; DYLAN C. COHEN; RICHARD COHEN; NANCY COHEN; KATHY COHEN; SHORESIDE SPV FUNDING II, LLC; SHORESIDE CAPITAL, LLC; FPH CAPITAL PARTNERS; NAVIN NARANG; BRAD BARLOW; JOHN or JANE DOES, 1 through 10; and ABC CORPORATIONS, 1 through 10,<br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Electronically Filed<br>Case No. 2:16-cv-06954-SJO-JC<br><br>Before Hon. S. James Otero<br><br>[PROPOSED] JUDGMENT |

Plaintiff FUND RECOVERY SERVICES, LLC, a Delaware limited liability company, on the one hand, and Defendants SHORESIDE SPV FUNDING I, LLC, a California limited liability company, and SHORESIDE LOANS, LLC, a California limited liability company, on the other hand, having signed a written Stipulation for Entry of Judgment in this action and said Stipulation having been filed herein:

**IT IS HEREBY ORDERED** that Judgment be entered in favor of Plaintiff FUND RECOVERY SERVICES, LLC, and against Defendants SHORESIDE SPV FUNDING I, LLC, and SHORESIDE LOANS, LLC, jointly and severally, in the amount of **One Million Five Hundred Thousand Dollars and Zero Cents ($1,500,000.00)**.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
Honorable James S. Otero
United States District Judge