| | |
|---|---|
| 1 | **TISDALE & NICHOLSON, LLP** |
| 2 | Michael D. Stein, Esq. (SBN 132540) |
| | 2029 Century Park East, Suite 1040 |
| 3 | Los Angeles, CA  90067 |
| 4 | Tel. (310) 286-1260 |
| 5 | Attorneys for Defendants |
| 6 | Shoreside SPV Funding I, LLC, |
| | Shoreside Loans, LLC, Richard Cohen, |
| 7 | Dylan C. Cohen, Nancy Cohen and Kathy Cohen |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FUND RECOVERY SERVICES, LLC, | ) | Case No.:  2:16-cv-06954-SJO-JC |
| | ) | Honorable S. James Otero |
| Plaintiff, | ) | |
| | ) | DECLARATION OF MICHAEL D. |
| v. | ) | STEIN IN SUPPORT OF DEFENDANTS |
| | ) | DYLAN C. COHEN AND RICHARD |
| SHORESIDE SPV FUNDING I, LLC; | ) | COHEN'S EX PARTE APPLICATION |
| SHORESIDE LOANS, LLC; DYLAN C. | ) | FOR LEAVE TO FILE |
| COHEN; RICHARD COHEN; NANCY | ) | SUPPLEMENTAL REPLY |
| COHEN; KATHY COHEN; SHORESIDE | ) | MEMORANDUM AND |
| SPV FUNDING II, LLC; SHORESIDE | ) | DECLARATION IN SUPPORT OF |
| CAPITAL, LLC; FPH CAPITAL | ) | MOTION FOR MONETARY |
| PARTNERS, NAVIN NARANG, BRAD | ) | SANCTIONS AGAINST PLAINTIFF |
| BARLOW, JOHN or JANE DOE, 1 through | ) | FUND RECOVERY SERVICES, LLC |
| 10, and ABC CORPORATIONS, 1 through | ) | AND PHILIP BURGESS |
| 10, | ) | |
| | ) | [Filed concurrently with Ex Parte |
| | ) | Application; [Proposed] Order] |
| Defendants | ) | |

1

DECLARATION OF MICHAEL D. STEIN

## DECLARATION OF MICHAEL D. STEIN

I, Michael D. Stein, declare as follows:

1. I am an attorney licensed and entitled to practice law in the State of California and before this Court. I am a partner with the law firm of Tisdale & Nicholson, LLP, counsel of record for defendants Dylan C. Cohen and Richard Cohen ("Defendants") in the above captioned action.

2. I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, could and would testify competently to these facts under oath.

3. Defendants' motion for sanctions ("Motion") against plaintiff FRS, LLC ("Plaintiff") and Philip Burgess is currently under submission following this Court's order vacating the originally scheduled February 20, 2018 hearing.

4. On February 20, 2018, Ed Bernstein, counsel for the plaintiffs in an action currently pending in the Superior Court of New Jersey, Chancery Division, Mercer County, entitled <u>Robert Farrell and Robert Szostak v. Microbilt Financial Services Corporation</u>; Case No. MER-C-6-16 ("the New Jersey Action") in which Mr. Burgess is a named defendant, provided me an Excel spreadsheet produced in discovery by the New Jersey Action defendants setting forth (i) the domicile of each limited partner of Princeton Alternative Income Fund, LP ("PAIF"); (ii) the total initial investment of each of PAIF's limited partners; and (iii) the date by which each limited partner joined the partnership through his/her/its investment.

5. Given the newly discovered information contained in the spreadsheet, Defendants have now obtained a declaration from Robert Szostak, one of the two plaintiffs in the New Jersey Action, that (i) attaches and authenticates the spreadsheet; and (ii) demonstrates that contrary to Mr. Cook's declaration, PAIF's two California limited partners which prompted this Court to dismiss this action for lack of subject matter jurisdiction joined PAIF no later than September 1, 2016.

6. I had no knowledge of this document before Mr. Bernstein provided it to me on February 20, 2018 nor did I have access to the document as neither I nor my clients have anything to do with the New Jersey Action.

7. Pursuant to Local Rule 7-19, on February 21, 2018 at 1:38 p.m., I called Luke Eaton, counsel for Plaintiff and Mr. Burgess, to discuss the substance of Defendants' ex parte application for leave to file a supplemental reply memorandum and declaration in support of the Motion.

///

///

///

///

///

///

///

3

DECLARATION OF MICHAEL D. STEIN

8. Mr. Eaton advised me that Plaintiff and Mr. Burgess intended to oppose the <u>ex parte</u> application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 21, 2018 at Los Angeles, California.

_____/S/_____
Michael D. Stein